**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| DAVID WAYNE BOYLES,            )<br>    Plaintiff,                                )<br>                                                  )     **Case No. 4:13-CV-00177 SWW-JTK**<br>v.                                                )<br>                                                  )<br>SCOTT MONTGOMERY, Sheriff,  )<br>Perry County,                               )<br>                                                  )<br>TERESA LACOOK, Jailer,           )<br>Perry County Jail,                         )<br>                                                  )<br>JASON ABEL, Deputy Prosecuting )<br>Attorney, Perry County                 )<br>    Defendants.                            )  | |

## ORDER FOR RESPONSE

Defendants filed a Motion to Compel Discovery Responses on June 17, 2013. (Doc. No 15). Plaintiff shall file a response indicating why that motion should not be granted, or the Court will grant it as unopposed.

Further, Defendants' recent Motion to Dismiss indicates that Plaintiff may have changed his address without notifying the Court or Defendants. (Doc. No. 16). This has apparently made it impossible to serve Plaintiff with a notice of deposition. Pursuant to Local Rule 5.5(c)(2), the Court hereby orders Plaintiff to inform the Court and all parties of any new address. If no response is received by August 12, 2013, the current action will be dismissed without prejudice.

SO ORDERED this 10th day of July, 2013.

_____
United States Magistrate Judge